## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

NUEVA SEAS AS,                                      )
                                                    )    Case No. 20-cv-3495-RCL
                           Petitioner,              )
                                                    )
              v.                                    )
                                                    )
USD 179,092, *in rem, et al*.                       )
                                                    )
                           Defendants.              )
_____    )

### PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that the above-entitled action is hereby voluntarily dismissed without prejudice and without costs by Plaintiff, Nueva Seas AS, as to all remaining Defendants, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  Defendants have not appeared, answered, or filed a motion for summary judgment in this action.

Dated: February 21, 2023                   CHALOS & CO, P.C.


                                           /s/ George M. Chalos_____
                                           George M. Chalos, Esq.
                                           Bar ID: 1011459
                                           55 Hamilton Avenue
                                           Oyster Bay, NY 11771
                                           Telephone: 516-714-4300
                                           Fax: 516-750-9051
                                           Email: gmc@chaloslaw.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was filed electronically.  Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

s/ George M. Chalos_____
George M. Chalos